IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIEL LEVAC                                                                    PLAINTIFF

v.                                            No. 4:24-cv-274-DPM

SARAH HANEY, Jail Administrator,
Pike County; TRAVIS HILL, Sheriff,
Pike County; GARRETT, Sheriff,
Garland County; STAPLETON,
Corrections Officer, Garland County
Sheriff's Office; and DOES, "Will",
Correctional Officer, Pike County;
"Adrianna", Correctional Officer,
Pike County; John Does 1–29                                          DEFENDANTS

ORDER

Levac submitted this 42 U.S.C. § 1983 case for filing in this district. From the facts alleged and the defendants named, venue properly lies in the Western District of Arkansas. 28 U.S.C. § 1391(b). The Court finds that the interests of justice would be best served by transferring this case. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer the entire case file to the United States District Court for the Western District of Arkansas. The transfer is immediate because the receiving Court is in the Eighth Circuit too. *Cf. In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

- 2 -

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

3 April 2024